IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RONALD KNAUSS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-cv-2636 |
| | : | |
| U.S. DEPARTMENT OF JUSTICE et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 7th day of October, 2010, upon consideration of the Motion to Dismiss (ECF No. 4) filed by the United States Department of Justice, the United States Marshals Service, and the United States Fugitive Task Force, it is hereby ORDERED that the Motion is GRANTED. In addition, the United States Attorney's Office is directed to ascertain whether Scott Henderschedt is an employee of or was deputized by the United States Marshals Service in New Jersey and to inform the Court of its findings.

BY THE COURT:

S/J. CURTIS JOYNER
J. CURTIS JOYNER, J.