

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH RONALD KNAUSS, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : |
| | : NO. 10-cv-2636 |
| U.S. DEPARTMENT OF JUSTICE, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, this 20th day of January, 2012, upon consideration of the Motions to Dismiss filed on behalf of the following defendants: Stefano Camici and Stephen Motsay (ECF No. 44); Timothy J. Prendergast and Kevin Santos (ECF No. 50); Paul Bernadino, the Lehigh County District Attorney's Office and the Lehigh County Drug Task Force (ECF No. 52); Matthew Buskaritz and the Coplay Police Department (ECF No. 55); Richard Heydt (ECF No. 56); the Lehigh County Clerk of Courts, Dale Miesel and John Sikora (ECF No. 60); the United States Department of Justice, United States Marshals Service and United States Fugitive Task Force (ECF No. 66); and for the reasons set forth in the accompanying Memorandum of Law, it is hereby ORDERED that the Motions are GRANTED and all claims against the aforementioned defendants are dismissed.

BY THE COURT:

_____
J. CURTIS JOYNER, C.J.

1-23-12
mailed
pro se
e-mailed
M. Lorgenhagen
P. Kaufman
J. Morgenstern
R. Jerrerty
H. Gallagher